IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOSEFINA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06C 2151 |
| | ) | |
| CITY OF CHICAGO, et al. | ) | Judge Joan Humphrey Lefkow |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENFORCE SETTLEMENT AND AWARD COSTS**

Plaintiff, by her undersigned attorneys, respectfully requests that this Court enter an Order enforcing the court approved settlement in this matter and awarding costs against the Defendant City of Chicago. In support, Plaintiff states:

1. The parties agreed to terms and documented their settlement of this matter nearly six months ago. Plaintiff, however, has yet to receive her settlement money and therefore brings this motion to enforce the settlement. In late December 2006, the City sent plaintiff's counsel a proposed settlement agreement, using its preferred language. Plaintiff, Josefina Rodriguez, signed the agreement on December 22, 2006, and returned it to the City for signature and filing with the Court. (*See* Ex. 1.)

2. The Settlement required that the City of Chicago pay Ms. Rodriguez $75,000, within 60 days of the Court's execution of an Order of Dismissal approving the settlement. (Dckt. No. 27.)

3. After providing the City with the signed agreement, the City inexplicably failed to walk the executed agreement down the block to the court house until March 20, 2007, more than 90 days after Ms. Rodriguez had returned the signed agreement to the City. (Indeed, the City

failed to bring the signed papers with Counsel to Court on January 18 and again on March 1, 2007, two dates set for the presentation of the Agreement to the Court.)

4. On March 20 (the day that the City finally presented the Agreement to the Court), the Court found the Release and Settlement Agreement to be "fair and reasonable," and incorporated the terms of the Agreement into an Agreed Order of Dismissal. (*See* Ex. 2 and Dckt Nos. 24-27.)

5. Since the entry of the Court's Order of March 20, counsel for the City has made repeated representations that it would expedite payment, in light of its failure to file the Agreement in a timely manner. Defense Counsel promised payment within two weeks, which came and went. Defense Counsel again promised payment within another week, which again came and went, along with additional promises of prompt payment.

6. Contrary to the Court's Order, the parties' Agreement, and good faith and fair dealing, nearly *six months* have passed since Ms. Rodriguez signed the City's stock agreement, and more than two months have passed since the Court entered the Order, incorporating the terms of the Agreement. The City has yet to provide payment to Ms. Rodriguez.

7. In addition to immediate payment, costs against the City should be awarded to Ms. Rodriguez to address the City's bad faith in living up to its own Agreement and the Order of this Court. Without an award of costs, the City would have no incentive to comply with other agreements or orders of the Court. Moreover, without an Order of costs, the City would incur no costs associated with its unjustifiable failure to pay in this case.

WHEREFORE, Plaintiff respectfully requests that this Court order the City to immediately pay Plaintiff $75,000, plus $600 as costs for having to bring this Motion.

Respectfully Submitted,


/s/ Craig B. Futterman_____
One of Plaintiff's attorneys

Mr. Craig B. Futterman
Ms. H. Melissa Mather
EDWIN F. MANDEL LEGAL AID CLINIC
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611

Locke E. Bowman
MacArthur Justice Center
Northwestern University School of Law
357 East Chicago Ave.
Chicago, IL 60611
(312) 503-0844

Date: May 30, 2007

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the foregoing document to be served on counsel for Defendants, who are "Filing Users" pursuant to ECF, on Wednesday, May 30, 2007, in accordance with the rules on electronic filing of documents.

In the event that counsel for Defendants are not identified upon filing as "filing users" who will be notified electronically, undersigned counsel certifies that he will fax a copy of this filing to counsel for all Defendants as follows:

Ms. Sara Ellis
City of Chicago, Department of Law
30 N. LaSalle St., 16th Floor
Chicago, IL 60602
Fax: (312) 744 6912
*Counsel for Defendants City of Chicago and Phil Cline*

Ms. Margaret Carey
City of Chicago, Department of Law
30 N. LaSalle St., Room 1400
Chicago, IL 60602
Fax: (312) 744 6566
*Counsel for Defendants Kevin Bor, Adrian Garcia and Patrick O'Donovan*

/s/ Craig B. Futterman _____
Craig B. Futterman